# In the United States Court of Federal Claims

### No. 16-98 C

**PRICEWATERHOUSECOOPERS
PUBLIC SECTOR, LLP
MANAGEMENT CORP.**
            **Plaintiff**


        **v.**                                                      **JUDGMENT**

**THE UNITED STATES**
            **Defendant**

        **and**

**CALIBRE SYSTEMS, INC./
ERNST & YOUNG, BOOZ
ALLEN HAMILTON, INC.,
and DELOITTE CONSULTING,
LLP**
            **Defendant-Intervenors**

        Pursuant to the court's Opinion, filed February 29, 2016, granting defendant's cross-motion to dismiss, and the court's Order, also filed February 29, 2016,

        IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed, with each party to bear its own costs and fees.


                                                Hazel C. Keahey
                                                Clerk of Court

**February 29, 2016**                    By:    s/ Debra L. Samler

                                                Deputy Clerk



NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.